

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00780-CV

**STONEBROOK MANOR SNF LLC** d/b/a Advanced Rehabilitation & Healthcare of Live Oak,
Appellants

v.

Leticia **MENDOZA,** Individually and on behalf of the Estate of Hector Chacon, Deceased,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-11033
Honorable Aaron Haas, Judge Presiding

## O R D E R

On November 18, 2019, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court